■ ARTHUR J. LEVY et al., Appellants, v ORDA MANAGEMENT CORP., et al., Respondents. — Order Supreme Court, New York County (Pecora, J.), entered on June 12, 1981, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on March 27, 1981 dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ DANIEL J. LAZAR, Appellant, v ALBERT A. LAZAR et al., Defendants, and ANGELO A. MAURINO et al., Respondents. — Judgment, Supreme Court, New York County (M. Evans, J.), entered on October 31, 1980, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. The appeal from order entered on October 20, 1980 is dismissed, without costs and without disbursements, as subsumed in the appeal from the judgment. No opinion. Concur — Sullivan, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON WEBB, Appellant. — Judgment, Supreme Court, Bronx County (Eggert, J., at trial and sentence and *Sandoval* hearing; Schackman, J., at *Wade* hearing), rendered on December 2, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ REPLICON, INC., Respondent, v SAMUEL WEISSMAN et al., Appellants. — Judgment, Supreme Court, New York County (Altman, J.), entered on October 31, 1980, unanimously affirmed, without costs and without disbursements, and appeals from orders of said court entered on March 23, 1981 and October 27, 1980, respectively, dismissed as academic, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Carro and Markewich, JJ.

■ WARREN SMITH et al., Respondents, v SLATTERY ASSOCIATES, INC., et al., Appellants, and LITEMORE ELECTRIC CO., INC., et al., Respondents, et al., Defendants. — Order, Supreme Court, New York County (Stecher, J.), entered on February 13, 1981, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. All respondents filing briefs shall recover of appellants one bill of $75 costs and disbursements of this appeal. Concur — Kupferman, J. P., Sandler, Carro and Markewich, JJ.